## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| BRADLEY S. JUNKER, | Civil No. 08-5159 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| DAN BIRKHOLZ, COUNTY OF COTTONWOOD, DOUG BRISTOL, AND JOHN SCHOLL. | |
| Defendants. | |

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson dated October 14, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that: this action is dismissed, but without prejudice, for failure to comply with this Court's Order of September 15, 2008, for failure to pay the initial partial filing fee, and for lack of prosecution.


DATED: November 18, 2008
at Minneapolis, Minnesota.                                    s/John R. Tunheim
                                                                                  JOHN R. TUNHEIM
                                                                           United States District Judge